

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAVIER RUIZ, | § | No. 08-15-00259-CR |
| Appellant, | § | Appeal from the |
| V. | § | County Criminal Court No. 3 |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20140C01974) |
| | § | |

## MEMORANDUM OPINION

Javier Ruiz has filed a motion to dismiss his appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Finding that Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


April 29, 2016

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.

(Do Not Publish)